UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

| | |
|---|---|
| SPEIRA GMBH, AS SUCCESSOR-IN-INTEREST TO HYDRO ALUMINIUM ROLLED PRODUCTS GMBH,<br><br>                    Plaintiff,<br>  v.<br><br>  UNITED STATES,<br>                    Defendant. | **S U M M O N S**<br><br>Court No.  25-00218 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Gina Justice
Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port(s) of Entry: 1601, 1703 | Center (if known): CEE005 - Base Metals |
| Protest Number: 160124107274, 160124107281 | Date Protest Filed: October 29, 2024, November 5, 2024 |
| Importer: Speira GmbH, as Successor-In-Interest to Hydro Aluminium Rolled Products GmbH | Date Protest Denied: April 16, 2025 |
| Category of Merchandise: Common alloy aluminum sheet | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| SEE SCHEDULE | OF PROTESTS | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Emily Lawson
1700 Seventh Avenue
Suite 2100
Seattle, WA 98101
(206) 357-8522
lawson@appletonluff.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | Protest Claim | | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate | |
| Common alloy aluminum sheet | N/A | Incorrect antidumping assessment rate | N/A | Customer-specific USD per metric ton antidumping assessment rate | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the common alloy aluminum sheet merchandise entries covered by the U.S. Department of Commerce administrative review and accompanying liquidation instructions to U.S. Customs and Border Protection were liquidated at an incorrect antidumping assessment rate and not the correct determined final customer-specific antidumping assessment rate.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Emily Lawson
*Signature of Plaintiff's Attorney*

October 6, 2025
*Date*

## SCHEDULE OF PROTESTS

**CEE005 - Base Metals**
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 160124107274 | 10/29/2024 | 4/16/2025 | ALB00686213 | 12/1/2020 | 5/13/2024 | 1601 |
| | | | ALB00686239 | (Type 34) | 5/13/2024 | 1601 |
| | | | ALB00684689 | (Type 34) | 5/13/2024 | 1601 |
| | | | ALB00687567 | (Type 34) | 5/13/2024 | 1601 |
| | | | ALB00687583 | 12/8/2024 | 5/13/2024 | 1601 |
| | | | ALB00688169 | (Type 34) | 5/13/2024 | 1601 |
| 160124107281 | 11/5/2024 | 4/16/2025 | ALB00679812 | 10/20/2020 | 5/10/2024 | 1601 |
| | | | ALB00679978 | 10/22/2020 | 5/10/2024 | 1703 |
| | | | ALB00680380 | 10/26/2020 | 5/10/2024 | 1601 |
| | | | ALB00681180 | 10/29/2020 | 5/10/2024 | 1703 |
| | | | ALB00681552 | 11/04/2020 | 5/10/2024 | 1703 |
| | | | ALB00681784 | 11/02/2020 | 5/10/2024 | 1601 |
| | | | ALB00681792 | 11/02/2020 | 5/10/2024 | 1601 |
| | | | ALB00681800 | 11/02/2020 | 5/10/2024 | 1703 |
| | | | ALB00682287 | 11/07/2020 | 5/10/2024 | 1601 |
| | | | ALB00682295 | 11/10/2020 | 5/10/2024 | 1703 |
| | | | ALB00682485 | 11/10/2020 | 5/10/2024 | 1703 |
| | | | ALB00683368 | 11/16/2020 | 5/10/2024 | 1703 |
| | | | ALB00683376 | 11/16/2020 | 5/10/2024 | 1703 |
| | | | ALB00684424 | 11/20/2020 | 5/10/2024 | 1601 |
| | | | ALB00685900 | 11/30/2020 | 5/10/2024 | 1703 |
| | | | ALB00685934 | 11/30/2020 | 5/10/2024 | 1703 |
| | | | ALB00687104 | 12/05/2020 | 5/10/2024 | 1601 |
| | | | ALB00687526 | 12/11/2020 | 5/10/2024 | 1703 |
| | | | ALB00687559 | 12/08/2020 | 5/10/2024 | 1703 |
| | | | ALB00687641 | 12/08/2020 | 5/10/2024 | 1703 |
| | | | ALB00679721 | 10/20/2020 | 5/10/2024 | 1601 |
| | | | ALB00683178 | (Type 34) | 5/10/2024 | 1601 |
| | | | ALB00680737 | (Type34) | 5/10/2024 | 1601 |
| | | | ALB00680356 | 10/27/2020 | 5/10/2024 | 1601 |
| | | | ALB00682212 | (Type 34) | 5/10/2024 | 1601 |
| | | | ALB00683160 | (Type 34) | 5/10/2024 | 1601 |
| | | | ALB00680760 | 10/27/2020 | 5/10/2024 | 1601 |
| | | | ALB00683186 | (Type 34) | 5/10/2024 | 1601 |
| | | | ALB00682220 | (Type 34) | 5/10/2024 | 1601 |
| | | | ALB00681776 | 11/02/2020 | 5/10/2024 | 1601 |
| | | | ALB00683152 | (Type 34) | 5/10/2024 | 1601 |
| | | | ALB00681917 | (Type 34) | 5/10/2024 | 1601 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct. 1, 2025.)