UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| SPEIRA GMBH, AS SUCCESSOR-IN-INTEREST TO HYDRO ALUMINUM ROLLED PRODUCTS GMBH., <br><br>         Plaintiff, <br><br>    v. <br><br> UNITED STATES, <br><br>         Defendant. | Court No. 25-00218 |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties respectfully submit this joint status report and proposed scheduling order in accordance with the Court's March 9, 2025, Rule 16 Notice.  ECF No. 21.  Between March 3 and March 31, 2026, the parties discussed, among other topics, the allegations made in the Complaint.  At this stage, the parties believe that this action may be resolved through a stipulated judgment on agreed statements of facts.  In light of the foregoing, the parties have discussed proposed dates for the scheduling order that reflects the needs of this case.  To that end, the following proposed schedule, which is also reflected in the appended proposed scheduling order, is agreed by the parties:

1. A Status Report by the Parties on the efforts to reach an agreement on settlement of the matter by a Stipulated Judgment on Agreed Statement of Facts will be filed on or before June 2, 2026;

2. Any motions regarding the pleadings or other preliminary matters will be filed on or before August 10, 2026;

3. Discovery will be completed on or before December 10, 2026;

4. Any motions regarding discovery will be filed no later than 30 days after the close of discovery.

1

5. Dispositive motions, if any, will be filed by January 12, 2027.  A brief in response to a dispositive motion may include a dispositive cross-motion.

6. If no dispositive motions are filed, a request for trial, if any, will be filed by February 10, 2027 and will be accompanied by a proposed Order Governing Preparations for Trial.

7. A final pretrial conference and trial shall be scheduled by the Court on dates and times convenient to the Court and parties.

Should the Court require anything further from the parties at this time, we stand ready to

provide such.

Respectfully submitted,

/s/ Emily Lawson
Emily Lawson
Frank H. Morgan
Edmund W. Sim
APPLETON LUFF

1700 Seventh Avenue
Suite 2100
Seattle, WA 98101
lawson@appletonluff.com
(206) 357-8522
**
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
(301) 649-2149

*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484

*Attorneys for Defendant*

Dated: April 1, 2026

2

Court No. 25-00218

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| SPEIRA GMBH, AS SUCCESSOR-IN-INTEREST TO HYDRO ALUMINUM ROLLED PRODUCTS GMBH., <br><br>           Plaintiff, <br>    v. <br><br> UNITED STATES, <br><br>           Defendant. | Court No. 25-00218 |

## **PROPOSED SCHEDULING ORDER**

On consideration of the parties' proposed briefing schedule, it is hereby ORDERED that:

1. A Status Report by the Parties on the efforts to reach an agreement on settlement of the matter by a Stipulated Judgment on Agreed Statement of Facts will be filed on or before June 2, 2026;

2. Any motions regarding the pleadings or other preliminary matters will be filed on or before August 10, 2026;

3. Discovery will be completed on or before December 10, 2026;

4. Any motions regarding discovery will be filed no later than 30 days after the close of discovery.

5. Dispositive motions, if any, will be filed by January 12, 2027. A brief in response to a dispositive motion may include a dispositive cross-motion.

6. If no dispositive motions are filed, a request for trial, if any, will be filed by February 10, 2027 and will be accompanied by a proposed Order Governing Preparations for Trial.

7. A final pretrial conference and trial shall be scheduled by the Court on dates and times convenient to the Court and parties.

Pursuant to Rules 1 and 16 of the Rules of the United States Court of International Trade,

the foregoing schedule is hereby made an order of the Court.

1

Court No. 25-00218

The Clerk of the Court is directed to forward copies of this Scheduling Order to the parties.

**SO ORDERED**.

_____
Hon. Lisa W. Wang, Judge

Dated:  New York, NY
   This  day of   , 2026

2